IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHAWNEE MISSION UNITARIAN                 :
UNIVERSALIST CHURCH,                       :
                                           :
          Plaintiff,                       :     Case No. 2:19-cv-02719-DDC-GEB
V.                                         :
                                           :
THE CITY OF LENEXA, KANSAS,                :
                                           :
          Defendant.                       :

**<u>DEFENDANT'S MOTION TO DISMISS</u>**

Pursuant to Fed. R. Civ. P. 12(b)(1), defendant City of Lenexa ("Lenexa") herein moves for an order dismissing all claims asserted against it in the complaint filed by plaintiff on November 22, 2019 (Document 1).

As set forth in the memorandum of law accompanying this motion, plaintiff's claims should be dismissed for lack of subject matter jurisdiction because they are not ripe.

Respectfully submitted

          /s/ David Jack
       David Jack, KS #24878
       Assistant City Attorney
       Cynthia L. Harmison, KS #13093
       17101 W. 87th Pkwy
       Lenexa, KS  66219
       (913) 477-7620 (phone)
       (913) 477-7639 (fax)
       djack@lenexa.com
       charmison@lenexa.com
       ATTORNEYS FOR DEFENDANT

20102191-v1

#OSF0RNAR0D476Uv1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served on Plaintiff's counsel on this 5th day of December, 2019, via the CM/ECF system.

_____/s/ David Jack_____