**CLERK'S COURTROOM MINUTE SHEET – CIVIL**

SHAWNEE MISSION UNITARIAN
UNIVERSALIST CHURCH,

    Plaintiff,

v.                                       Case No. 19-2719-DDC-GEB

CITY OF LENEXA, KANSAS,

    Defendant.

**Attorneys for Plaintiff: Beth Ann Larigan, Daniel P. Dalton**
**Attorneys for Defendant: Cindy Harmison, David A. Jack**

| JUDGE: | Daniel D. Crabtree | DATE: | 12/5/2019 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

# TEMPORARY RESTRAINING ORDER HEARING

The parties appear through counsel, only.

The following motion is before the court:

    Doc. 7 – Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction – **TAKEN UNDER ADVISEMENT as set forth in full on the record.**

The court hears from counsel on the motion.

**The court will enter an order.**